**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 503 MAL 2019

          Respondent             :

                                           :    Petition for Allowance of Appeal

                                           :    from the Order of the Superior Court

          v.                           :

                                           :

RICKY DAVID HALLIDAY, JR.,             :

                                           :

          Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 25th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.